563 A.2d 479

**COMMONWEALTH of Pennsylvania**

v.

**Charles MAYFIELD, Petitioner.**

Supreme Court of Pennsylvania.

July 19, 1989.

## ORDER

PER CURIAM.

Limited Grant.

Petition for Allowance of Appeal granted. The matter is hereby remanded to Superior Court. Said Court is directed to review the record and make a determination whether the trial court should have instructed the jury on the issue of self-defense. Jurisdiction relinquished.